MARY NUNES, as Administratrix of the Estate of FRANK NUNES, Deceased, Respondent, *v.* SACHS QUALITY FURNITURE Co., INC., et al., Appellants, Impleaded with Another.

Argued April 23, 1940; decided May 21, 1940.

*F. A. W. Ireland* for appellants.

*Joseph F. Murray* and *George A. Grabow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.